Chauncey Demetrius **BENNETT**,
**Plaintiff–Appellant,**

v.

Kathleen **GREEN**, Warden; Douglas Matthews, Captain; Stephen T. Moyer, Secretary; Richard Graham, Jr., Warden–W.C.I.; Wayne Webb, Commissioner; Larry Hogan, Governor, Defendants–Appellees.

No. 15–8009.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 29, 2016.

Chauncey Demetrius Bennett, Appellant Pro Se.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey Demetrius Bennett appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2) (2012) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bennett v. Green*, No. 1:15–cv–03748–JKB, 2015 WL 8757961 (D.Md. Dec. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*